UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 2013-146 (WOB-CJS)

JACQUELINE ZENA THOMAS                                    PLAINTIFF

VS.                       <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 17), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 17) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the Commissioner's decision is supported by substantial evidence and therefore **affirmed**; that defendant's motion for summary judgment (Doc. 16) is **granted**; that plaintiff's motion for summary judgment (Doc. 13) is **denied**. Judgment to be entered concurrently herewith.

This 10th day of December, 2014.



Signed By:
<u>*William O. Bertelsman*</u>  WOB
United States District Judge